ACCEPTED
03-14-00678-CR
4878562
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 11:33:51 AM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 11:33:51 AM
JEFFREY D. KYLE
Clerk

FOR THE STATE OF TEXAS

EX PARTE

NO. 03-14-00678-CR

LESLIE PARKER JONES

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Keith S. Hampton and Leslie Parker Jones, and files this his *Motion to Dismiss Appeal*, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

### I.

Leslie Parker Jones was found guilty of aggravated assault in Cause No. D-D1-DC-08-303025 on January 22, 2009. He was sentenced to ten years of community supervision. On October 24, 2014, Appellant filed his notice of appeal from writ proceedings conducted pursuant to Article 11.072 of the Code of Criminal Procedure.

### II.

After a careful review of his appeal, Appellant and his counsel move to dismiss the appeal.

## III.

This Motion to Dismiss Appeal is filed in duplicate and pursuant to Rule 42.2, the duplicate should be sent to the Travis County District Clerk.

Respectfully submitted,

---

KEITH S. HAMPTON
Attorney at Law
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (o)
(512) 762-6170 (c)
(512) 477-3580 (f)
keithshampton@gmail.com
SBN# 08873230

---

LESLIE PARKER JONES, Appellant

By affixing my signature above, I, KEITH S. HAMPTON, hereby certify that a true copy of *Motion to Dismiss Appeal* has been delivered to the Travis County District Attorney's Office on this day, April 13, 2015.